IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0735 |
| v. | : | Judge Watson |
| Thirty Thousand Seven Hundred Seventeen and 47/100 Dollars ($30,717.47) in United States Currency, *et al.* | : | Magistrate Judge Abel |
| | : | |
| | : | |
| Defendants | | |

# ORDER

Plaintiff's August 29, 2012 motion to lift the stay (doc. 15) is GRANTED. Counsel are directed to telephone my office (614.719-3370) for a telephone status conference on September 20, 2012 at 1:30 p.m.

s/ Mark R. Abel<br>
United States Magistrate Judge